# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-3389

League of Women Voters of Arkansas, et al.

Appellees

v.

Cole Jester, in his capacity as Secretary of State of Arkansas

Appellant

v.

Protect AR Rights and For AR Kids

Appellees

v.

Tim Griffin, Arkansas Attorney General

___

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:25-cv-05087-TLB)

___

**ORDER**

The emergency motion for partial stay pending appeal is denied.

December 12, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___
　　　/s/ Susan E. Bindler